**Karl August MOST, III,**
**Plaintiff–Appellant,**

v.

**STRATMAN, Warden, U.S. Government; et al., Defendants–Appellees.**

No. 01–55411.
D.C. No. CV–98–01857–JNK.

United States Court of Appeals,
Ninth Circuit.

Submitted March 11, 2002.*

Decided March 21, 2002.

Before CANBY, BEEZER, and PAEZ, Circuit Judges.

MEMORANDUM**

Karl August Most III appeals pro se from the order terminating his *Bivens* action. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm for the reasons stated in the district court's order entered January 8, 2001.

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.